UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) 3:05-CR-85 |
| | ) |
| | ) No. 3:05-MJ-2080 |
| V. | ) (GUYTON) |
| | ) |
| | ) |
| RAYMUNDO BALBUENA-RAMOS | ) |
| | ) |

ORDER OF DETENTION

The above-named defendant appeared in custody before the undersigned on a criminal complaint on July 14, 2005. Assistant United States Attorney Jeffrey E. Theodore was present representing the government and attorney Jonathan Wood was present as counsel for the defendant. Spanish interpreter Nilia Christian participated by telephone. The government moved for detention and advised this Court that Immigration and Customs Enforcement has placed a detainer against the defendant. Mr. Wood stated that he has explained to his client that there is a detainer lodged against him and has asked that the detention hearing be continued indefinitely pursuant to 18 U.S.C. § 3142(f)(2). Both the defendant and defendant's attorney executed a Waiver of Detention Hearing

The defendant's attorney and the government's attorney agreed this situation constitutes good cause under 18 U.S.C. § 3142(f)(2), and the Court agrees and therefore this detention hearing is continued indefinitely. Until that time, the defendant will remain in detention. The defendant stated he understands that he will remain in detention.

The defendant has been informed that a prompt hearing would be scheduled if he becomes eligible and requests a detention hearing. Accordingly, The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a correction

facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge